UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CALVIN WALKER (#110316)

VERSUS

MAJ. KENNETH STEWART, ET AL

CIVIL ACTION

NUMBER 08-324-FJP-DLD

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the parties' cross motions for summary judgment be denied and this matter be referred back to the magistrate judge for further proceedings.

Baton Rouge, Louisiana, October 8, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46425